**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1255**

───────────────

WARREN KIRKLAND, Warren: Kirkland for Warren Kirkland Estate Trust,

   Plaintiff - Appellant,

      v.

FAIRFIELD WESTON CIRCLE LLC, d/b/a Weston Circle Apartments, by FRH GP LLC; CLARISSA SCOTT,

   Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00090-DJN)

───────────────

Submitted:  August 24, 2023                    Decided:  August 28, 2023

───────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Warren Kirkland, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Kirkland appeals the district court's order dismissing his civil action for, among other things, lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kirkland v. Fairfield Weston Circle LLC*, No. 3:23-cv-00090-DJN (E.D. Va. Feb. 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*